■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROLANDO GARCIA, Appellant. [31 NYS3d 883]—Judgment, Supreme Court, Bronx County (Steven Barrett, J.), rendered, June 13, 2014 convicting defendant, upon his plea of guilty, of manslaughter in the first degree, and sentencing him to a term of 25 years, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Acosta, Saxe, Kapnick and Kahn, JJ.